EDWIN K. PRATHER, CABN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: (415) 881-4777
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
ROBERT DAVIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT DAVIS,<br><br>    Defendant. | Case No.: 4:22-mj-71304-MAG<br><br>**JOINT STIPULATION AND ORDER RE STATUS CONFERENCE** |

The United States, through its counsel Assistant United States Attorney Evan Mateer, and Defendant Robert Davis, through his counsel Edwin Prather, hereby jointly agree and stipulate to continue the status conference in this matter from Monday, February 27, 2023, to Monday, May 1, 2023, or at the Court's earliest convenience thereafter, and that time be excluded under the Speedy Trial Act to May 1, 2023.

The parties stipulate and agree that excluding time until May 1, 2023, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7), (B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time to April 21, 2020, from

computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

   SO STIPULATED.

|  |  |
|---|---|
|  | STEPHANIE HINDS<br>United States Attorney |
| Dated: February 24, 2023 | _____/s/_____<br>EVAN MATEER<br>Assistant United States Attorney |
| Dated: February 24, 2023 | _____/s/_____<br>EDWIN PRATHER<br>PRATHER LAW OFFICES<br>Attorneys for Defendant<br>Robert Davis |

## ORDER

   Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues this matter to May 1, 2023, and further finds that failing to exclude the time to May 1, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time to May 1, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time to May 1, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Dated: <u>February 27, 2023</u>

               _____
               THE HONORABLE DONNA RYU
               UNITED STATES MAGISTRATE JUDGE