EDWIN K. PRATHER, CABN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: (415) 881-4777
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
ROBERT DAVIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT DAVIS,<br><br>　　　　　Defendant. | Case No.: 4:22-mj-71304-MAG<br><br>**JOINT STIPULATION AND ORDER RE JUNE 21, 2023 STATUS CONFERENCE** |

　　　　The United States, through its counsel Assistant United States Attorney Evan Mateer, and Defendant Robert Davis, through his counsel Edwin Prather, hereby jointly agree and stipulate to continue the status conference in this matter from Wednesday, June 21, 2023, to Tuesday, July 11, 2023, or at the Court's earliest convenience thereafter, and that time be excluded under the Speedy Trial Act to July 11, 2023.

　　　　The parties stipulate and agree that excluding time until July 11, 2023, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7), (B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time to July 11, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the

defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A), (B)(iv).  The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1

SO STIPULATED.

ISMAIL RAMSEY
United States Attorney

Dated: June 19, 2023

_____/s/_____
EVAN MATEER
Assistant United States Attorney

Dated: June 19, 2023

_____/s/_____
EDWIN PRATHER
PRATHER LAW OFFICES
Attorneys for Defendant
Robert Davis

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues this matter to July 11, 2023, and further finds that failing to exclude the time to July 11, 2023, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time to July 11, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 for the reasons discussed above.  *See* Fed. R. Crim. P. 5.1.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time to July 11, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Dated: June 20, 2023

_____
THE HONORABLE DONNA M. RYU
CHIEF MAGISTRATE JUDGE